BEBE REALTY ASSOCIATES, INC., appellant,

*v.*

JACOB ALTSHULER et al., respondents.

[Decided January 3d, 1946.]

*Mr. Archibald Kreiger,* for the appellant.

*Messrs. Mendelsohn & Mendelsohn,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *136 N. J. Eq. 273.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ.  14.

*For reversal*—None.